Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 Colorado Boulevard
Pasadena, California 91107
Telephone (626) 795-0681
Facsimile (626) 795-0725
tcohen@pottercohenlaw.com

JS-6

Attorney for Plaintiff LAWRENCE GARCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LAWRENCE GARCIA,<br><br>    Plaintiff,<br><br>    v.<br>CAROLYN W. COLVIN, Acting Commissioner of<br>Social Security Administration<br><br>    Defendant | **Case No. CV 14-00669 VBK**<br><br>(PROPOSED) ORDER ON DISMISSAL |

Based upon the parties' Stipulation, **IT IS ORDERED** that Plaintiff's Complaint for Summary Judgment or Remand for social security disability benefits filed herein on January 28, 2014 be DISMISSED with prejudice.

Dated: June 12, 2014                    /s/
                                        _____
                                        HONORABLE VICTOR B. KENTON
                                        UNITED STATES MAGISTRATE JUDGE